DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 038P17 | State v. Anton Christen | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Wake County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 041P16 | E. Brooks Wilkins Family Medicine, P.A. v. WakeMed; WakeMed d/b/a Falls Pointe Medical Group; Inam Rashid, MD; Michele Casey, MD; Monica Oei, MD; and Leslie Robinson, MD | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-217) | Denied |
| 042P17 | Maria Vaughan v. Lindsey Mashburn, M.D. and Lakeshore Women's Specialists, PC | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1230) | 1. Allowed |
| | | 2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 043P17 | State v. John Phillip Locklear | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA16-179) | Denied |
| 047P17 | State v. Avery Joe Lail, Jr. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-608) | 1. Denied |
| | | 2. State's Motion to Dismiss Appeal | 2. Dismissed as moot |
| 050P17 | State v. Robert Wayne Smith | Def's *Pro Se* Motion to the Denial of *Writ of Mandamus* | Denied<br>**Ervin, J., recused**<br>**Hudson, J., recused** |
| 051P17 | In the Matter of Mary Ellen Brannon Thompson | Appellant's Petition for *Writ of Certiorari* to Review Decision of COA (COA15-1380) | Denied |